IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| QRP REDWOOD, LLC, | ) |
| | ) Case No. C10-5023 FDB |
| Plaintiff, | ) |
| | ) **ORDER OF DEFAULT AGAINST** |
| v. | ) **DEFENDANTS ROBERT AND** |
| | ) **CHRISTINE CRAFT** |
| ROBERT M. CRAFT and CHRISTINE L. CRAFT, | ) |
| | ) |
| Defendants. | ) |

This matter came before the Court on plaintiff's motion for an order of default against defendants Robert and Christine Craft (collectively, "Crafts"). The motion was based on the ground that defendant Crafts have not appeared, answered, or otherwise defended this action. The court considered the pleadings filed in this action, the declaration of plaintiff's counsel and the affidavits of service for both defendants.

Based on the pleadings, the record, and the evidence presented, the Court finds:

1. Defendant Crafts were both properly served with plaintiff's summons and complaint in this action.

2. Defendant Crafts have failed to appear, answer, or otherwise defend this action.

3. No notice of appearance was served by the defendant Crafts on plaintiff or his attorney.

**ELLIOTT, OSTRANDER & PRESTON, P.C.**

UNION BANK TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
EMAIL: attorneys@eoplaw.com

4. The time for appearing and answering the plaintiff's complaint is 21 days and more than 21 days has passed since service on defendant Crafts of the summons and complaint.

5. Venue is proper in this action.

Based on the above findings, IT IS HEREBY ORDERED:

1. Plaintiff's motion is granted.

2. Defendants Robert and Christine Craft are declared to be in default for failing to appear or defend in this action.

Dated this 26th day of February, 2010

    s/Pat LeFrois
Clerk for Honorable Franklin D Burgess
UNITED STATES DISTRICT JUDGE

ORDER OF DEFAULT (C10-5023 FDB)– Page 2

**ELLIOTT, OSTRANDER & PRESTON, P.C.**

UNION BANK TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
EMAIL: attorneys@eoplaw.com